# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VARGAS,<br>        Plaintiff,<br><br>            v.<br><br>FAULT LINE LOGISTICS, LLC,<br>        Defendant. | CV 20-3438 DSF (PJWx)<br><br>Order to Show Cause re Remand for Lack of Subject Matter Jurisdiction |

    Defendant removed this case from state court based on both ordinary diversity and CAFA diversity jurisdiction. Defendant's allegations of the amount in controversy are conclusory and do not convince the Court that subject matter jurisdiction exists. Therefore, Defendant is ordered to show cause, in writing and supported by evidence, no later than April 29, 2020 why this case should not be remanded to state court for lack of subject matter jurisdiction.

    IT IS SO ORDERED.

Date: April 15, 2020

                                              Dale S. Fischer<br>
                                              United States District Judge