AEGIS LAW FIRM, PC
KASHIF HAQUE, SBN 218672
SAMUEL A. WONG, SBN 217104
JESSICA L. CAMPBELL, SBN 280626
ALI S. CARLSEN, SBN 289964
acarlsen@aegislawfirm.com
FAWN F. BEKAM, State Bar No. 307312
fbekam@aegislawfirm.com
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile:  (949) 379-6251

ATTORNEYS FOR PLAINTIFF RUBEN VARGAS


GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:   415.393.8306

MICHAEL J. HOLECEK, SBN 281034
  mholecek@gibsondunn.com
THOMAS F. COCHRANE, SBN 318635
  tcochrane@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant Fault Line Logistics,
LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VARGAS, individually and on behalf of all others similarly situated | CASE NO. 2:20-cv-3438 DSF (PJWx) |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | Assigned to Hon. Dale S. Fischer |
| FAULT LINE LOGISTICS, LLC and DOES 1-10, inclusive, | |
| Defendants. | |

1    **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

2    In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff

3    Ruben Vargas and Defendant Fault Line Logistics, LLC ("FLL"), by and through

4    their respective counsel, hereby agree and stipulate as follows:

5    WHEREAS, the Parties engaged in a successful mediation with Hon. Carl J.

6    West (Ret.) on December 2, 2020 and reached a settlement to resolve all claims

7    asserted by Plaintiff in both this litigation and in substantially similar pending state-

8    court litigation, *Vargas v. Fault Line Logistics*, No. 20STCV20408 (L.A. Superior

9    Court) (the "State-Court Action") on a classwide basis, and this litigation has been

10    stayed pending final approval of the Parties' settlement in the Superior Court (*see*

11    Dkt. 40);

12    WHEREAS, on January 20, 2022, the Superior Court entered an Order

13    Granting Final Approval of Class Action Settlement and Entering Judgment in the

14    State-Court Action, which terminated the State-Court Action and finally approved

15    the Parties' settlement;

16    WHEREAS, because the Parties' now-final settlement resolves all claims at

17    issue in this lawsuit, the Parties desire that this action be dismissed with prejudice.

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1

1   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that

2   this lawsuit shall be dismissed with prejudice.  According to Rule 41(a)(1)(A)(ii),

3   this stipulation of dismissal signed by all Parties who have appeared, by and through

4   their respective counsel, constitutes the voluntary dismissal of the Action without

5   need of further Court order.

6

7   **IT IS SO STIPULATED.**

8

9   DATED:  February 14, 2022

10                                                      AEGIS LAW FIRM, PC

11

12                                                      By:  _____*/s/  Ali S. Carlsen*_____

13                                                                      Ali S. Carlsen

14                                                      Attorneys for Plaintiff
                                                       RUBEN VARGAS
15

16   Dated:  February 14, 2022

17                                                      GIBSON, DUNN & CRUTCHER LLP

18

19                                                      By:  _____*/s/  Michael J. Holecek*___

20                                                                      Michael J. Holecek

21                                                      Attorneys for Defendant
                                                       FAULT LINE LOGISTICS, LLC
22

23

24

25

26

27

28

## <u>ATTESTATION REGARDING SIGNATURES</u>

I, Ali S. Carlsen, am the ECF user whose identification and password are being used to file this document.  In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  February 14, 2022            _/s/ *Ali S. Carlsen*_____
                                            Ali S. Carlsen

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE